NOT FOR PUBLICATION                                                                CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| DESMOND WITHERSPOON, | : | |
| | : | |
| Plaintiff, | : | **Civil Action No. 15-0222 (SRC)** |
| v. | : | |
| | : | **OPINION** |
| JAMTIME STUDIOS INC., | : | |
| | : | |
| Defendant. | : | |

**CHESLER**, District Judge

This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915. The Court finds that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed. The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient. 28 U.S.C. § 1915(e)(2). Here, Plaintiff demands $800,000 from various officials at Jamtime Studios, for a cause of action "Fair Labor Standards Act 15:19380." No further information is provided. As such, Plaintiff has failed to state a facially plausible claim for relief. For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits. An appropriate Order will be filed.

        s/Stanley R. Chesler
        STANLEY R. CHESLER
        United States District Judge

Dated: January 21, 2015