NOT FOR PUBLICATION                                                                       CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DESMOND WITHERSPOON, | |
| Plaintiff, | **Civil Action No. 15-0222 (SRC)** |
| v. | |
| JAMTIME STUDIOS INC., | **OPINION** |
| Defendant. | |

**CHESLER**, District Judge

     This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed <u>in forma pauperis</u> without fees under 28 U.S.C. § 1915.  The Court finds that Plaintiff qualifies for <u>in forma pauperis</u> status, yet his Complaint will be dismissed.  The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient.  28 U.S.C. § 1915(e)(2).  Here, Plaintiff demands $800,000 from various officials at Jamtime Studios, for a cause of action "Fair Labor Standards Act 15:19380."  No further information is provided.  As such, Plaintiff has failed to state a facially plausible claim for relief.  For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits.  An appropriate Order will be filed.

                                                            s/Stanley R. Chesler
                                                            STANLEY R. CHESLER
                                                            United States District Judge

Dated:  January 21, 2015