**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DESMOND WITHERSPOON, | |
| Plaintiff, | **Civil Action No. 15-0222 (SRC)** |
| v. | |
| JAMTIME STUDIOS INC., | **ORDER** |
| Defendant. | |

**CHESLER**, District Judge

This matter comes before the Court on the application of pro se Plaintiff Desmond Witherspoon to file a Complaint without fees under 28 U.S.C. § 1915; the Court has determined that Plaintiff qualifies for in forma pauperis ("IFP") status; the Court has reviewed the Complaint, and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 21st day of January, 2015,

**ORDERED** that Plaintiff's application to proceed IFP is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is directed to file the Complaint without prepayment of fees; and it is further

**ORDERED** that, pursuant to 28 U.S. C. § 1915(e)(2)(B)(ii), the Complaint be and hereby is **DISMISSED**; and it is further

**ORDERED** that this case shall be **CLOSED**.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge